AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:14-mj-00373 |
| SAMUDRA HAQUE | ) | Assigned To : Magistrate Judge Alan Kay |
| | ) | Assign. Date : 5/19/2014 |
| | ) | Description: Criminal Complaint and Arrest |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

**FILED**
**MAY 20 2014**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SAMUDRA HAQUE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
  Receipt of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2).  See Attached Statement of Facts.

Date:  05/19/2014

*Issuing officer's signature*

City and state:  Washington, D.C.        ALAN KAY, MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 20 MAY 2014 , and the person was arrested on *(date)* 20 MAY 2014
at *(city and state)* WASH DC .

Date: 20 MAY 2014

*Arresting officer's signature*

F. VEITCH DUSM
*Printed name and title*

INVESTIGATE COPY ONLY
ORIGINAL ON FILE WITH
US MARSHAL RM 2nd floor