IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 14-mj-00373 |
| | ) | |
| SAMUDRA HAQUE | ) | |
| _____ | ) | |

**FILED**

**JUN 2 7 2014**

Clerk, U.S. District and
Bankruptcy Courts

### ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Based upon the parties' Joint Motion to Continue the Status Conference and Exclude Time under the Speedy Trial Act,

**THE COURT FINDS** that it is in the interest of justice, and outweighs the interest of the public and the defendant in a speedy trial, to exclude the delay resulting from the ongoing plea negotiations in this case, and accordingly

it is this 27 day of June, 2014,

**ORDERED** that the status conference currently set for June 30, 2014 be continued until July 14, 2014; and it is further

**ORDERED** that, pursuant to 18 U.S.C. § 3161 *et seq.*, the time between June 30, 2014 and July 14, 2014, shall be excluded from the Speedy Trial Act calculation.

June 27, 2014
Date

_____
United States Magistrate Judge