UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | |
| v. | : | |
| | : | VIOLATION: |
| SAMUDRA HAQUE, | : | 18 U.S.C. § 2252A(a)(5)(B) |
| Defendant. | : | (Possession of Child Pornography) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about June 18, 2013, in the District of Columbia, the defendant, **SAMUDRA HAQUE**, did knowingly possess more than 600 images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which items included depictions of prepubescent minors or minors under the age of twelve years, which items were mailed, which items were shipped or transported using any means or facility of interstate or foreign commerce, which items were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and which items were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

(**Possession of Child Pornography**, in violation of Title 18, United States Code, Section 2252A(a)(5)(B))

RONALD C. MACHEN JR.
United States Attorney, D.C. Bar No. 447889

*/s/ Cassidy Pinegar*

CASSIDY KESLER PINEGAR, D.C. Bar No. 490163
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7765
Cassidy.Pinegar@usdoj.gov